IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN S. CLARK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 09-1195 |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, et al. | : | |

## ORDER

AND NOW, this 6th day of August, 2009, "Commonwealth Defendants' Motion to Dismiss" (docket no. 4), to which no opposition has been filed, is granted, and plaintiff's complaint is dismissed with prejudice.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.